**Dismissed and Memorandum Opinion filed August 15, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00246-CV

## IN THE MATTER OF R.C.

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-04332J**

### MEMORANDUM OPINION

This is an appeal from a judgment signed March 19, 2019. The clerk's record was filed May 17, 2019. The reporter's record was filed May 23, 2019. No brief was filed.

On July 2, 2019, this court issued an order stating that unless appellant filed a brief on or before August 1, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.